CHARLES H. MUNCH, Respondent, *v.* THE EBLING BREWING COMPANY, Appellant.

*Munch* v. *Ebling Brewing Co* , 168 App. Div 965, affirmed.
(Argued December 5, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1915, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on a guaranty of a lease. The lease was for one year with an option for renewal for one year. The lessee went into possession and remained therein for three years, defaulting in the rent for the last eight months. The defense was that the defaults for which recovery was sought occurred after the expiration of the term for which the guaranty was given.

*Eugene Cohn* for appellant.

*Frederick B. Van Kleeck, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.